UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIGRANT CLINICIANS NETWORK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROD PLACE, ENVISION4 and REX JACKSON, JR.<br><br>    Defendants. | Case No.: 2:16-CV-00149-TLN-AC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT** |

Pursuant to Defendant Rod Place's ("Defendant") motion to set aside the default and any default judgment (ECF No. 7), the Court has reviewed the briefing submitted by Defendant (ECF No. 8), as well as the non-opposition filed by Plaintiff Migrant Clinicians Network, Inc. (ECF No. 15).  The Court finds that good cause exists to set aside the default and thus **HEREBY ORDERS** that Defendant ROD PLACE'S motion to set aside the default and any default judgment, if any entered (ECF No. 7) is **GRANTED**.  Defendant ROD PLACE has fourteen (14) days from the date of this signed Order to file a responsive pleading.

**Dated: August 31, 2016**

Troy L. Nunley
United States District Judge

-1-