UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGRANT CLINICIANS NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> RODNEY PLACE, et al., <br><br> Defendants. | No. 2:16-cv-00149-TLN-AC <br><br><br> **ORDER** |
| ENVISION 4 INTERGRATED TECHNOLOGY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> RUSSELL JACKSON, an individual, and HIRES SECURITY, LLC, a Georgia Limited Liability Company, and DOES 1-25, inclusively, <br><br> Third-Party Defendants. | |

On June 20, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the

1

findings and recommendations were to be filed within twenty one days.  (ECF No. 34.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 20, 2017, are ADOPTED in full;
2. The Motion for Default Judgment (ECF No. 29) is DENIED WITHOUT PREJUDICE.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge